■ In the Matter of 417 RESTAURANT, INC., Petitioner, against THOMAS E. ROHAN et al., Constituting the State Liquor Authority, Respondents.— Determination unanimously annulled, without costs, and the State Liquor Authority is directed to reinstate restaurant liquor license of the petitioner. There is an explicit finding by the Liquor Authority that " the licensee's officer

did not actually know of the occurrence of the solicitation for prostitution", and, further, that "he did not know of or suffer or permit prostitution". Therefore, the only finding remaining on which the action taken by the Authority could be based is the one that the licensee or the employee involved "was aware that a man and woman previously unknown to each other were being allowed to meet in the licensed premises." Assuming that there were facts to support such finding it is not a sufficient basis for a conclusion that the licensee thereby suffered the premises to become disorderly. In any event,

Stevens, JJ.